ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                    :   INFORMATION
            - v. -                  :
                                    :   08 Cr.
OSEI JEREMIAH                       :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - - x

The United States Attorney charges:

1. From at least in or about February 2005, through in or about September 2005, in the Southern District of New York, OSEI JEREMIAH, the defendant, and others known and unknown, unlawfully, willfully, knowingly, and with intent to defraud, did combine, conspire, confederate and agree together and with each other to commit offenses under Title 18, United States Code, Section 1029(a)(2), and did engage in conduct in furtherance of such offenses, which would and did affect interstate commerce.

2. It was a part and an object of the conspiracy that OSEI JEREMIAH, the defendant, and his co-conspirators, unlawfully, willfully and knowingly, and with intent to defraud, would and did traffic in and use one and more unauthorized access devices during a one-year period, and by such conduct did obtain things of value aggregating $1,000 and more during that period, in violation of Title 18, United States Code, Section 1029(a)(2).

OVERT ACTS

3. In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York:

a. On or about February 26, 2005, OSEI JEREMIAH, the defendant, allowed a co-conspirator to charge approximately $4,529.83 at the Circuit City in Yonkers, New York, using a credit card account number attributed to another person, who did not authorize such use of the credit card.

(Title 18, United States Code, Section 1029(b)(2).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney