UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

V

*Osei Johnson*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x



CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA
ALLOCUTION

Docket Number _____ 8 cr 74 _____

      The undersigned defendant, advised by my undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has previously been made, from not guilty to guilty, in accordance with the Standing Order of the assigned United States District Judge under Miscellaneous Docket M 10-468. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

      I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

      IN WITNESS WHEREOF we have executed this consent this ___30___ day of ___January___ 2008, at the White Plains Courthouse, White Plains, New York.

X_____    X_____
     Defendant                   Attorney for Defendant

              Accepted by: _____
                          George A. Yanthis
                          United States Magistrate Judge
                          Southern District of New York