UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                ORDER ACCEPTING PLEA ALLOCUTION

                08 Cr. 74 (SCR)

v.

Osei Jeremiah,

---

ROBINSON, J.

    The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated January 30, 2008, is approved and accepted.

    The Clerk of the court is directed to enter the plea.

Date: *May 1, 2008*

                                      SO ORDERED:

                                      STEPHEN C. ROBINSON
                                      UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: