# Renée C. Hill
## ATTORNEY AT LAW



The Liberty Building, 2027 Williamsbridge Rd., Bronx, NY 10461
T: (718)892-8588   F: (718)518-0674   E: RHillEsq@msn.com

May 8, 2008

VIA FACSIMILE: (914) 390-4179

Honorable Stephen C. Robinson
United States District Court, SDNY
300 Quarropas Street, Room 633
White Plains, New York 10601

**MEMO ENDORSED**

Re:  ***United States v. Osei Jeremiah***
     ***08 Cr. 74 (SCR)***

Dear Judge Robinson:

Mr. Jeremiah was sentenced on May 1, 2008, bringing the above referenced matter to a conclusion. Prior to sentencing, Mr. Jeremiah was supervised by Pre-trial Services and as a condition of his release he was required to surrender his passport. His passport was surrendered on December 3, 2007, and it remains with Pre-trial Services to date. In light of the fact that Mr. Jeremiah has now been sentenced to a term of probation I am respectfully requesting that his passport be released from Pre-trial Services at this time and returned to Mr. Jeremiah. I have informed Mr. Jeremiah that even if this Court permits the return of his passport at this time, he must clear any travel arrangements with his probation officer.

On the date of sentence I discussed this request with AUSA Nicholas McQuaid and he has no objection. Ms. Cynthia Labrovic of Pre-trial Services is also aware that this request is being made in that she informed Mr. Jeremiah to have counsel make application to the Court.

Thank you for your consideration.

Respectfully submitted,

Renée C. Hill, Esq.

SO ORDERED:

HON. STEPHEN C. ROBINSON
5/8/08

cc:  AUSA Nicholas McQuaid via fax (914) 993-1980
     PTO Cynthia Labrovic via fax (914) 390-4035