MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

**ORIGINAL**



UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,　　　　　　　　SATISFACTION OF JUDGMENT

　　　　　　　　Plaintiff,　　　　　　　　　　08 CR 0074 (SCR)

　　　- v. -

OSEI JEREMIAH,

　　　　　　　　Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK

　　　Satisfaction is acknowledged between United States of America, plaintiff, and Osei Jeremiah, defendant, for the restitution in the amount of $13,195.15 and the special assessment in the amount of $100.00, amounting in all to the sum of $13,295.14. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 6th day of May 2008.

　　　　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　KATHLEEN A. ZEBROWSKI
　　　　　　　　　　　　　　　　　Assistant United States Attorney

STATE OF NEW YORK)
　　　　　　　　　　ss:
COUNTY OF NEW YORK)

　　　On the 6th day of June 2008, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 2011